**SHA-1 Hash:** 8429BA850CC51D121D06D3378BB555EF0410223A    **Title:**   Gangbanged #2
**Rights Owner:** Patrick Collins

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 69.140.223.86 | 2/17/2012 6:37 | Gaithersburg | MD | Comcast Cable | BitTorrent |
| 2 | 69.140.108.147 | 2/20/2012 2:50 | Bel Air | MD | Comcast Cable | BitTorrent |
| 3 | 69.255.88.67 | 2/28/2012 4:19 | Elkton | MD | Comcast Cable | BitTorrent |
| 4 | 76.111.104.137 | 2/10/2012 5:16 | Silver Spring | MD | Comcast Cable | BitTorrent |
| 5 | 98.211.76.245 | 2/9/2012 23:58 | Princess Anne | MD | Comcast Cable | BitTorrent |
| 6 | 98.218.71.128 | 2/28/2012 14:30 | Rockville | MD | Comcast Cable | BitTorrent |
| 7 | 108.15.54.27 | 3/2/2012 18:11 | Fallston | MD | Verizon Internet Services | BitTorrent |
| 8 | 108.18.199.24 | 2/11/2012 3:11 | Temple Hills | MD | Verizon Internet Services | BitTorrent |
| 9 | 173.69.158.108 | 3/13/2012 3:47 | Annapolis | MD | Verizon Internet Services | BitTorrent |
| 10 | 173.69.158.217 | 2/16/2012 15:54 | Annapolis | MD | Verizon Internet Services | BitTorrent |
| 11 | 71.246.243.78 | 2/9/2012 1:14 | Rockville | MD | Verizon Internet Services | BitTorrent |

EXHIBIT A

MD35